I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3-21-13

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 21 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CASTILLO,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>DAVID LONG, Warden,<br><br>　　　　Respondent. | Case No. CV 12-04318-VBF (RNB)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge and Denying Petitioner's Pending Applications filed herewith,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 3/18/2013

　　　　　　　　　　　　　　　　　　Valerie Fairbank
　　　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBNK
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 21 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY